PD-1228-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/16/2015 3:53:12 PM
Accepted 9/22/2015 10:52:50 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| LAURA DENISE MOORE,<br>    APPELLANT | § § § | |
| v. | § | NO. PD-_____-15 |
| THE STATE OF TEXAS,<br>    APPELLEE | § § § § | |

## FIRST MOTION FOR EXTENSION OF TIME FOR FILING OF STATE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's petition for review in this case. TEX. R. APP. P. 10.5(b) & 68.2(c). The following allegations are made in support of this motion:

- I -

The court below is the Court of Appeals for the Eleventh Court of Appeals District of Texas. The style and cause number of the case in the court of appeals is *Laura Denise Moore v. State*, cause number 11-13-00347-CR. On August 21, 2015, the Eleventh Court of Appeals reversed Appellant's felony DWI conviction in an unpublished opinion; Justice Mike Willson authored the opinion. No motion for rehearing was filed.

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

The appeal initially arose out of proceedings in the 372nd Judicial District Court of Tarrant County, Texas. The style and number of the case in the trial court is *The State of Texas v. Laura Denise Moore,* cause number 1311911D.

- II -

Appellant was convicted of felony driving while intoxicated. She received a ten-year sentence, probated over five years, and a $1500 fine; she is not currently incarcerated.

- III -

The appeal was perfected in this case on October 11, 2013, the date notice of appeal was filed.

- IV -

The current deadline for filing the State's petition for discretionary review is September 21, 2015. No extension has previously been sought regarding the State's petition.

- V -

The extension is not requested for purposes of delay, but rather to adequately address the legal issues warranted by the decision of the court of appeals.

- VI -

Additionally, counsel has had the following other obligations which have prevented her from filing the State's petition. Before the Second Court of Appeals, counsel has completed one of two State's briefs on behalf of the Department of Child and Protectives Services, in *Interest of A.P.,* cause number 02-15-00176-CV, arising out of termination proceedings for both parents of a child, tried in the 323rd District Court of Tarrant County. One of the briefs is being filed today; the other is due next week. Additionally, counsel reviewed, researched, and drafted a sample jury charge for a DWI-legal issue at the behest of Mike Mitchell, the Chief of the Misdemeanor Division. Counsel also reviewed a case and drafted findings and conclusions in another case at Mitchell's request: *State v. Michael James,* cause number 1409732. Counsel also reviewed a case and drafted indictment language in *State v. Hudson Hamner,* a vehicular homicide being filed as an aggravated assault with a deadly weapon; counsel also reviewed indictment language in other intoxication-related offenses. Counsel has also been away from the office for repeated physical therapy treatments regarding a shoulder injury and will be out of the office for the remainder of this week on family matters.

For all of these reasons, counsel requests an additional 30 days in which to file the State's brief.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that the Court grant this First Motion for Extension of Time for Filing the State's Petition for Discretionary Review and extend the time for filing of the State's petition for thirty days until October 21, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief, Post-Conviction

/s/ Tanya S. Dohoney
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No. 02760900
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
CCAAppellateAlerts@TarrantCountytx.gov

## **CERTIFICATE OF SERVICE**

A true copy of the State's motion has been e-served on the Hon. Richard A. Henderson, richard@rahenderson.com, 100 Throckmorton Street, Suite 540, Fort Worth, Texas 76117 and to the State Prosecuting Attorney, the Hon. Lisa C. McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711 on this 16th day of September, 2015.

/s/ Tanya S. Dohoney
TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\091615 st v laura denise moore 1x pdr.rtf